## GAY *against* ROGERS and WAIT.

An attorney, or other officer of the court is never privileged from arrest, when sued with another, though during the actual sitting of the court, and during his attendance at court.

THE defendant, *Wait,* an attorney and counsellor of this Court, attending at this term, was arrested on a bailable *capias,* against him and *Rogers,* a common person.

*S. A. Foot,* moved that *Wait* be discharged.

*S. Stevens,* contra, said he could not have his privilege, being sued with another. He cited *Tiffany* v. *Driggs & Lynch,* (13 *John.* 252.

*Foot.* That case was decided on common law grounds. But the statute, (1 *R. L.* 413, *s.* 12) exempts the profession from arrest, generally, during term.

*Curia.* That statute circumscribes the common law privilege to actual term time, during which it is no greater than it was before the statute. Officers of the Court were never privileged, when sued with others. The reasoning of the Court in *Tiffany* v. *Driggs*, as to the statute, (1 *R. L.* 387) applies, therefore, to the act, (1 *R. L.* 418, *s.* 12) upon which the defendant moves.

Motion denied.